Julie A. Philippi, SBN 166108
14895 Bear Valley Road, Suite B
Hesperia, CA 92345-1678
Telephone: 760-948-3138
Facsimile: 760-948-1337
Email: juliephilippi@aol.com

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

Re:

**BOBBY EDWARD REDDING**

Debtor(s)

Chapter: 13
Case No.: 6:08-bk-23831 MJ

APPLICATION FOR SUPPLEMENTAL FEES

TO THE HONORABLE BANKRUPTCY JUDGE:

Applicant is counsel of record for the above named Debtor(s) who is under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $ 3,000.00 . No supplemental fees have been awarded. Total fees awarded to date are $ 3,000.00. Additional pending supplemental fee applications amount to $ 0.00    .

Since confirmation of said Plan, Applicant has performed certain extraordinary services at the request of the Debtor as follows:

| Date | Activity | Fee |
|---|---|---|
| 07/07/09 | Opposition to Trustee's Motion to Dismiss (No Hearing Required) | $400.00 |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $400.00 |

The Rights and Responsibilities Agreement filed in this matter states that additional fees for additional services shall be charged at $300.00 per hour. The Attorney has not received any additional fees from the debtor for the above activities. The reasonable value of said service is $ 400.00  of which $ 0.00   has been paid.

WHEREFORE, your applicant prays that an allowance be made in the sum of $ 400.00   .

Dated: 09/08/09

Julie A. Philippi, Attorney for Debtor(s)

| In re: BOBBY EDWARD REDDING | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:08-bk-23831 MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
14895 Bear Valley Road, Suite B
Hesperia, CA 92345-1678

A true and correct copy of the foregoing document described as __APPLICATION FOR SUPPLEMENTAL FEES__ _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/8/09 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Rod Danielson
Chapter 13 Trustee
4361 Latham St #270
Riverside, CA 92501

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

THE HONORABLE MEREDITH JURY

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/8/09 | Dawn A. Sylvester-Dunn | *Dawn A. Sylvester-Dunn* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1

| In re: BOBBY EDWARD REDDING | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 6:08-bk-23831 MJ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Bobby Redding
15058 Del Rey Dr
Victorville, CA 92395

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1